**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7597**

———————

JONATHAN DAVID SORRELLS,

                              Petitioner - Appellant,

        versus

DAVID GARRAGHTY,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-01-426-7-1)

———————

Submitted:  December 20, 2001        Decided:  January 9, 2002

———————

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Margaret McLeod Cain, Charlottesville, Virginia, for Appellant.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan David Sorrells appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Sorrells v. Garraghty</u>, No. CA-01-426-7-1 (W.D. Va. Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>